[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 526.]

THE STATE EX REL. COOPER TIRE & RUBBER COMPANY, APPELLEE, *v.*
INDUSTRIAL COMMISSION OF OHIO ET AL.; MARTIN, APPELLANT.
[Cite as *State ex rel. Cooper Tire & Rubber Co. v. Indus. Comm.*,
1998-Ohio-14.]

*Workers' compensation—Court of appeals' judgment reversed and Industrial Commission's order reinstated.*

(No. 98-192—Submitted September 15, 1998—Decided November 10, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 97APD01-72.

———————————

*Bugbee & Conkle* and *Robert P. King*, for appellee.

*Larrimer & Larrimer* and *David H. Swanson*, for appellant.

———————————

{¶ 1} The judgment of the court of appeals is reversed, and the order of the Industrial Commission is reinstated.

DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., dissents and would affirm the judgment of the court of appeals.

PFEIFER, J., dissents.

———————————